**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>DISPLATE CORPORATION,<br><br>　　　　　　　　　　　　Defendant. | Case No. 1:23-cv-00861-ADA-BAM<br><br>[PROPOSED] ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT<br><br>Case Assigned to Honorable Ana de Alba<br><br>Complaint Filed:　June 6, 2023<br>Trial Date:　　　　None |

On July 3, 2023, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 28 Days, extending Defendant's deadline to respond to Plaintiff's complaint to July 31, 2023. (Doc. 5.) On July 17, 2023, the parties then filed a Second Stipulation to Extend Time to Respond to Plaintiff's Class Action Complaint. (Doc. 6.) In that stipulation, the parties noted that they were exploring a potential early resolution and stipulated to permitting Defendants an additional 30-day extension to respond to Plaintiff's complaint. (*Id*.)

///

///

///

///

///

- 1 -

Pursuant to the stipulation and good cause appearing, Defendant Displate Corporation shall file a response to Plaintiff's complaint on or before **August 30, 2023**.

IT IS SO ORDERED.

Dated: **July 18, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE